UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY LAR,<br><br>Defendant. | CASE NO. 2:85-CR-00280-BHS<br><br>ORDER |

This matter comes before the Court on the Defendant's Motion to Dismiss Federal Parole Violation Warrant (Detainer). Dkt. 2. The Court has considered the motion, the record, and notification from the Government that the United States Parole Commission ("USPC") has initiated a review of the outstanding warrant. In light of the USPC's review, the Court denies the motion as moot.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Defendant Michael Anthony Lar's motion is **DENIED**.

Dated this 14th day of January, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1